IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION - LAW

| | | |
|---|---|---|
| HORACE MANN INSURANCE COMPANY,<br>Plaintiff | : | NO. 2011-944 |
| | : | |
| vs. | : | ACTION FOR DECLARATORY JUDGMENT |
| | : | |
| MICHAEL PATRICK MURPHY<br>Defendant | : | |

## **ORDER**

AND NOW, this 11 day of Oct, 2011, upon consideration of the Plaintiff's Entry of Default Judgment Under Federal Rule of Civil Procedure 55(b), IT IS HEREBY ORDERED THAT:

(a) Plaintiff, Horace Mann Insurance Company, shall have no duty to indemnify or defend Defendant, Michael Patrick Murphy, with respect to the underlying action, Ryan Kenneth Parker, Administrator of the Estate of Renae Parker, (deceased) v. Michael Patrick Murphy, C.P. Westmoreland, No. 6345 of 2010 and any claims related thereto; and

(b) The above-captioned matter is dismissed, with prejudice.

BY THE COURT,

_____ J.